NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS JOHN NELSON, DOC #H08275, )
)
       Appellant, )
)
v. )
) Case No. 2D18-385
STATE OF FLORIDA, )
)
       Appellee. )
)
_____ )

Opinion filed February 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County, Mary Handsel, Judge.

Thomas John Nelson, pro se.

PER CURIAM.


       Affirmed.


LaROSE, C.J., and BLACK and SLEET, JJ., Concur.